UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DONALD ADAMSON,**

                       **Plaintiffs,**

**-vs-**                                                                                                      **Case No. 6:11-cv-933-Orl-31GJK**

**AURORA LOAN LLC,**

                       **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

       On June 6, 2011, Plaintiff, Donald Adamson, *pro se*, filed a complaint against Defendant, Aurora Loan, LLC. Doc. No. 1. Plaintiff also moved to proceed *in forma pauperis* and filed a supporting affidavit. Doc. No. 2. The motion was denied without prejudice because this Court found, after exercising the review required by 28 U.S.C. § 1915(e)(2), the complaint fails to comply with the rudimentary requirements of Rule 8, Federal Rules of Civil Procedure. Doc. No. 3.

       On July 5, 2011, Plaintiff filed an amended complaint and again moved to proceed *in forma pauperis*. Doc. Nos. 7-8. This Court once again exercised its review under 28 U.S.C. § 1915(e)(2) and concluded the amended complaint fails to comply with the Court's prior order of dismissal or Rule 8's pleading requirements. *See* Doc. No. 12. The order of dismissal identified the deficiencies in the amended complaint and permitted Plaintiff to file a second amended complaint and renew his motion to proceed *in forma pauperis* within ten (10) days from the date of the order. Doc. No. 12 at

3. Plaintiff has not filed a second amended complaint or renewed his motion to proceed *in forma pauperis*.

**THEREON** it is **RECOMMENDED** that:

1. Plaintiff's suit be dismissed for failing to comply with this Court's order.

2. The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** at Orlando, Florida on August 17, 2011.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Presiding District Judge
Counsel of Record
Unrepresented Parties by Certified Mail