# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONALD ADAMSON ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　Case No.  6:11-cv-933-Orl-31GJK

**AURORA LOAN LLC,**

        **Defendant.**
_____/

## ORDER

This cause comes before the Court on the Amended Complaint (Doc. No. 7) filed July 5, 2011.

On August 17, 2011, the United States Magistrate Judge issued a report (Doc. No. 14) recommending that the complaint be dismissed. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Amended Complaint is **DISMISSED**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 3rd day of October, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party